UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Daniel Lee
_____

Write the full name of each plaintiff.

-against-

Bronx Care Hosipal
_____

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

23 CV 4069

(Include case number if one has been
assigned)

Do you want a jury trial?
☐ Yes    ☐ No

# EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with
the court should therefore *not* contain: an individual's full social security number or full birth
date; the full name of a person known to be a minor; or a complete financial account number. A
filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule
of Civil Procedure 5.2.

---

Rev. 1/24/19

## I.   PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Daniel                                        Lee
First Name                    Middle Initial              Last Name

3554   DeKalb  Ave  Apt  5G
Street Address

Bronx                              NY               10467
County, City                              State                  Zip Code

929-418-7080                    daniellee83062@gmail.com
Telephone Number                    Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:        Bronx  Care  Hosipal
                    Name
                    1265  Fulton  Ave
                    Address where defendant may be served
                    Bronx                    NY              10456
                    County, City                  State              Zip Code

Defendant 2:        1199
                    Name
                    NY   NY
                    Address where defendant may be served

                    _____
                    County, City                  State              Zip Code

Defendant 3:

_____
Name

_____
Address where defendant may be served

_____
County, City                    State              Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

_Bronx  Care  Hospital_
Name

_1265  Fulton  Ave_
Address

_Bronx_                    _NY_              _10456_
County, City                    State              Zip Code

## III.    CAUSE OF ACTION

## A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below
that apply in your case):

☐  **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for
employment discrimination on the basis of race, color, religion, sex, or national
origin

The defendant discriminated against me because of my (check only those that
apply and explain):

☑  race:  _Black  American_

☐  color:  _____

☐  religion:  _____

☑  sex:  _male_

☐  national origin:  _____

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _Black   American_

☑ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _1962_

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☑ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

B. **Other Claims**

In addition to my federal claims listed above, I assert claims under:

☑ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☑ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

Page 4

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐  did not hire me
- ☑  terminated my employment
- ☑  did not promote me
- ☑  did not accommodate my disability
- ☐  provided me with terms and conditions of employment different from those of similar employees
- ☑  retaliated against me
- ☑  harassed me or created a hostile work environment
- ☐  other (specify): _____

_____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

Wrongful termination, Discrimination against my age, Retaliation against me after filling Discrimination. 15 years never got Written up for anything. 1199 didn't do there Job. I'm the only one got terminated out of 3 people, It wasn't even my patient.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.   ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

      ☑ Yes (Please attach a copy of the charge to this complaint.)

          When did you file your charge?  _____11/2021_____

    ☐ No

Have you received a Notice of Right to Sue from the EEOC?

      ☑ Yes (Please attach a copy of the Notice of Right to Sue.)

          What is the date on the Notice?  _____

          When did you receive the Notice?  ___4/17/2023___

    ☐ No

## VI.   RELIEF

The relief I want the court to order is (check only those that apply):

    ☐ direct the defendant to hire me

    ☑ direct the defendant to re-employ me

    ☐ direct the defendant to promote me

    ☐ direct the defendant to reasonably accommodate my religion

    ☐ direct the defendant to reasonably accommodate my disability

    ☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

_I'm Innocent, I didn't do anything in this matter, I believe I'm entitled to money and damages, They destroyed my life when I'm getting ready to retired._

## VII.   PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are
supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 5/16/2023 | Daniel Lee |
| Dated | Plaintiff's Signature |
| Daniel | Lee |
| First Name                    Middle Initial | Last Name |
| 3554 Dekalb Ave   Apt 5G | |
| Street Address | |
| Bronx                        NY | 10467 |
| County, City               State | Zip Code |
| 929-418-7680 | daniellee83062@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes    ☐ No

   If you do consent to receive documents electronically, submit the completed form with your
   complaint. If you do not consent, please do not attach the form.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Miami District Office**
100 SE 2nd St, Suite 1500
Miami, FL 33131
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 04/17/2023

**To:** Daniel Lee
3554 DEKALB AVE, Apt 5G
WILLIAMSBRIDGE, NY 10467
Charge No: 520-2022-01887

EEOC Representative and email:   JEANETTE WOOTEN
Investigator
jeanette.wooten@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Evangeline Hawthorne
04/17/2023

Evangeline Hawthorne
Director

920- 2022 OT 08/
11/20/20

To whom it may concern;

The nursing department is very concerned about their overtime pay. We are working very hard to provide for our families and we expect to get paid for the work we put in. Our overtime pay is either delayed or lost and this has been going on for too long. From the Nurses to the PCT"s. The nursing department is very upset and offended by the neglect from payroll department concerning our livelihood. Also to make matters worse our delayed pay can be affected by other factors, such as; taxes and penalties from unpaid bills.

We need to rectify this immediately. We have observed other departments getting paid on time for their overtime. Which means this problem is capable of being solved without reoccurrence.

### "Immediate Attention Required"

### Yours Truly Nursing Staff.

Overtime Pay

| NAME | SIGNATURE |
|------|-----------|
| Alice Tobin | |
| Agnes Arthur | |
| AMARACHI ORIAKU | |
| Kelechi Eronel | |
| Shanda Fisher | |
| Yureny Hernandez | |
| Nicole Dixon | |
| Jameelah Ahmed | |
| AYODEJI ATUNDE | |
| Felix Akindele | |
| FANTA PARIS | |
| Kaye Nia | |
| Alice Alemy | |

| NAME | SIGNATURE |
|------|-----------|
| Overtime Pay | |
| Kemp, Johnathan | |
| BLOSSY PHILIP | Blossy Philip |
| Patricia Cruz | Patricia Cruz |
| Minerva Lugo | Minerva Lugo |
| Diana Roman | Diana Roman |
| Cola Ken RN | Cola Y Ku |
| Henrietta Onwokike, RN | Hnwokike |
| Adegbite Yemi | Adegbite |
| Mary Bassey | mary bassey |
| M Antoine | M Antoine |
| Leeanna Deen, RN | |
| LISA Vera RN | Lisa Vera |
| Justyne Crofe RN | Justyne |
| Melissa Martinez, RN | Melissa Martinez |
| nossy Dele CNE Pat | |
| HENRY KWAPON G | |
| MACKENSON DATIUS | Mackenson |
| Anna Ariles, RN | Anna |
| Eunice Sian | ESian |
| OSITA Nwachuocha | |
| P. Cable Barnes | P. Cable Barnes |
| Sandra Garcia | Sandra G |
| KASSEL, Fleurentin | Kasel Fleur |
| Angelin Paul | |
| Jose Paulino | |
| Kevin Gloria | |
| Victor, Torres | |
| | |
| | |
| | |

| NAME | SIGNATURE |
|------|-----------|

Over Time Pay

| NAME | SIGNATURE |
|------|-----------|
| Daniel Lee | Daniel Lee |
| Mariam Abdel | Me— |
| VICTOR UGWU | Jufi |
| Valerie Stembridge | Valerie Stembridge |
| Edgar Mercer | Edgar Mercer |
| Michael G | G |
| Dorothy Mayler | Dorothy Mayler |
| Vida A. Achaempoma | Vida |
| Afolabi Adegbile | Adegbile |
| Reagan Dejean-Curra | R dy-cu |
| James Ayla | |
| Theresa Roberts | Theresa Robert |
| Luz Acosta | Luz Acosta |
| Kerry Barris | Kerry Barris |
| Ruth Hep | R Hep |
| Lichel Edah | |
| Salome Mitchell | Sal. Mit |
| Venetta Riley | Venetta Riley |
| Ethel Quenye | Ethel Quenye |
| Michael Barnett | |
| Osemwegie Imanbraighe | |
| Stephen Bros | |
| BRIAN MEJIA | B.J. |
| Charles Carrier | Charles Carrier |
| Jose Perez | Jose |
| Fatmata Sulton | Fatmata Sulton |
| Agnes Detchu | |
| Anna Olcoro | |
| Jessica Veras | |
| Keisha Stephenson | |

| NAME | SIGNATURE |
|---|---|
| Overtime Pay | |
| Elizabeth Dowd | *[signature]* |
| Habiba ALibaba | *[signature]* |
| Hilda Martel | *[signature]* |
| Kathy Roberts | *[signature]* |
| Edwina Achiaa | *[signature]* |
| M Udoh | *[signature]* |
| Vernese Riley | *[signature]* |
| Sabrina Golding | *[signature]* |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |



**MIGUEL A. FUENTES, JR.**
PRESIDENT & CHIEF EXECUTIVE OFFICER

November 15, 2021

Mr. Daniel Lee
3554 Dekalb Ave. #5G
Bronx, NY 10467

Dear Mr. Lee:

Let me personally acknowledge your 15 years of dedicated service to our
BronxCare Health System. Thanks to your efforts and those of our other
employees, BronxCare is leading the way in Caring for the Bronx.

During the next two weeks we will be recognizing employees, including yourself,
with 5 to 55 years of service. Please speak with your Department Head or Chief of
Service regarding the schedule and details for receiving this recognition. If you
have any further questions, contact the Training and Volunteer Department at
718-901-8049.

Congratulations on reaching this important milestone in your career.

Sincerely,

Miguel A. Fuentes, Jr.

me about 10 seconds, and I returned to my 1:1.

While we were in the dining area, patient approached me and my 1:1 at one table drawing and listening to music. Troubled patient came over to our table, therefore I played UNO with him while my 1:1 patient continued to draw and color. Once the UNO game was over the patient became aggressive requesting, I purchase outside food, I declined and he snatched my cell phone, he ran around the other tables, and he finally gave me my phone back.  It was then he stood behind me and started smacking me in my head. I waved my hand to the camera; do you see how many times he hit me in my head? The children responded yes, however although present no personnel responded or intervened. I sat back down, he continued to hit me in my head, then I stood up and waved my hand again and asked Miss. Brandford, Miss. Affori to call security for the patient needs a time out and medication.

When the security came into the room, I explained this patient is agitated, aggressive, therefore he needs a timeout and medication, however the patient declined and got further agitated.

When requesting assistance from security, my responsibility is to assist security by restraining the patient.  I attempted to restrain the patient, based upon the training I was provided for adults, however I was not able to get close enough because the patient began punching me in my stomach.  Nurse Bailey informed me that he had it from there.  Nurse Bailey and the Security Guard restrained the patient, therefore I sat back down with my 1:1.

While continuing to work with my 1:1, Nurse Bailey informed me the patient claimed I choked him and informed me that I had to leave the premises until further investigation.

I believe these allegations to be fabricated and neglected a proper investigation from all involved parties.  Therefore, I am asking the Department of EOC to complete a thorough investigation based upon the below:

1. Defamation of character:
o The allegations documented in the Record of Conference are not accurate, the incidents did not take place.
2. Whistle Blower Act:
o Conducted and lead several petitions on behalf of myself and colleagues
   Withholding approved overtime pay to employees
o Discriminatory hiring practices (March 2021)
   When my direct manager onboarded, he terminated colleagues and hired new people. I was the only seasoned employee left.

Mr. Salami my direct manager, held a meeting with the entire staff stating "the person leading the petitions and accused person of stating that he's getting paid for the hiring his own team of people"

o Not following the proper protocol for overtime schedule

Only provided overtime to the team he hired

3. Age Discrimination:

o I am eligible to retire in two years

o Mr. Salami, my direct manager, I am the only seasoned employee for the others have been terminated.  Mr. Salami has hired his team and has been reluctant to work with me.  I noticed and took the initiative to obtain additional training so that I could be valuable to the company and colleagues. I obtained my counselling, phlebotomy, EKG, medical assistant license.

o The Bronx Care Health System, and the Union 1099 neglected to provide me with exit interview.

4. Wrongful termination:

o Investigation did not include all parties involved

o The accused allegations were improperly investigated, did not name the other colleagues' who were supposed to assist when dealing with an irate patient

My union delegate informed me to come in for a meeting, where I was terminated and asked to leave the premises.  Soon after, I contacted HR for a letter of termination, and HR informed me there was no record of termination on file.  Therefore, I had to wait until HR reached out to a few others. To date, I have yet to receive an exit interview, Notice of Creditable Coverage, an Extension of Benefits, retirement options, investment account or any information on what I'm entitled upon turning 65.



**RECORD OF CONFERENCE**

**Name:  LEE, Daniel**　　　　　　　　　　　　　**Department: PCS**

**Position: PCT**　　　　　　　　　　　**Division Fulton**

**Date of Incident:** 8/22/2021  **Time of Incident:**  About 11.50 am

**Action to be taken:** ☐ Verbal/Counseling　　Written　　☐ Final　　☐ Suspension　☐ Dismissal
　　　　　　　　　　　　　　　　　　　　　Warning　　Written　　_____ Days
　　　　　　　　　　　　　　　　　　　　　　　　　　　　X Susp. Pending investigation

**Last Disciplinary**　　Verbal/Counseling　　☐ Written　　☐ Final　　☐ Suspension　☐ Dismissal
**Action Taken:**　　　　　　　　　　　　　　Warning　　Written　　_____ Days

**CHARGE:**
　　　　　X Misconduct (Alleged)

　　　　　☐ Incompetence

**SPECIFICATION**

**FACTS:**
Description of unsatisfactory performance/misconduct:  Explain as specifically as possible.  Be sure to include date, time, place, persons involved, and any other pertinent information.  Attach copies of any related documents. **(PRINT CLEARLY OR TYPE)**

**Facts of the Incident:** On 8/22/21, a child made an allegation of physical abuse which is being investigated. You were immediately directed to leave the unit by the PCM on the day of incident (8/22/21) and I am formally informing you that you are suspended pending the investigation with immediate effect. Sorry for the inconveniences.



## ATTENDANCE RECORD

**TITLE:**

By my signature below, I acknowledge attending the above-titled in-service, staff education activity.

| | Name | Title | Unit | Signature | Date |
|---|---|---|---|---|---|
| 1. | Wilma Mitchell | Delyak | | W Mitchell | 11/12/2 |
| 2. | Daniel Lee | PCT | | Danl Lee | |
| 3. | Laudye Abraham | PCM | | Budge Abraham | 11/2 |
| 4. | Gafaar Salam | PCM | | zifat | 11/12 |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 9. | | | | | |
| ). | | | | | |

Services Law § 493(4)(c).

The investigation revealed the subject shoved the service recipient. This allegation was substantiated as Category 3 Physical Abuse on November 3, 2021.

Allegation 2 will now be UNSUBSTANTIATED. The report of this unsubstantiated finding will now be sealed pursuant to Social Services Law §§ 493(3)(d) and 496(1).

**Regarding Allegation 3**
It was alleged that on or about August 22, 2021, while away from BronxCare Health System, located at 1276 Fulton Avenue, Department of Psychiatry, Bronx, New York, you committed Neglect against/to a Service Recipient.

This allegation has been SUBSTANTIATED as Category 3 Neglect pursuant to Social Services Law § 493(4)(c).

The investigation revealed the subject failed to provide supervision to and/or failed to properly de-escalate the service recipient.

This allegation was substantiated as Category 3 Neglect on November 3, 2021.

Allegation 3 will remain as stated in the original report of investigation determination.

Substantiated Category 3 findings will be sealed after five years from the date of the Report of Investigation Determination.


Administrative Litigation Unit
NYS Justice Center for the Protection of People with Special Needs



**NEW YORK** | **Justice Center for the**
STATE OF | **Protection of People**
OPPORTUNITY. | **with Special Needs**

KATHY HOCHUL     DENISE M. MIRANDA
Governor             Executive Director

### Modified Administrative Appeals Unit Notice of Administrative Review Determination – Substantiated

May 26, 2022

Daniel Lee
3554 Dekalb Ave Apt 5g
Bronx, NY 10467-1208

Re: Matter of Daniel Lee
VPCR Master Case Number 5510125911
VPCR Adjudication Case Number 5210128892

Dear Daniel Lee:

The letter serves as an update regarding your case at the New York State Justice Center for the Protection of People with Special Needs (Justice Center). By a letter dated November 3, 2021, you were informed that all allegations were substantiated. You then submitted a request for amendment (appeal). That process begins with a review of the case, which has now been completed.

Upon that further review and pursuant to an agreement placed on the record, the Report of Investigation Determination dated November 3, 2021, has been modified as indicated below.

**Regarding Allegation 1**

It was alleged that on or about August 22, 2021, while away from BronxCare Health System, located at 1276 Fulton Avenue, Department of Psychiatry, Bronx, New York, you committed Deliberate Inappropriate Restraint against/to a Service Recipient.

This allegation has been SUBSTANTIATED as Category 3 Deliberate Inappropriate Restraint pursuant to Social Services Law § 493(4)(c).

The investigation revealed the subject restrained the service recipient with excessive force and/or improper technique.

This allegation was substantiated as Category 3 Deliberate Inappropriate Restraint on November 3, 2021.

Allegation 1 will now be UNSUBSTANTIATED. The report of this unsubstantiated finding will now be sealed pursuant to Social Services Law §§ 493(3)(d) and 496(1).

**Regarding Allegation 2**

It was alleged that on or about August 22, 2021, while away from BronxCare Health System, located at 1276 Fulton Avenue, Department of Psychiatry, Bronx, New York, you committed Physical Abuse against/to a Service Recipient.

This allegation has been SUBSTANTIATED as Category 3 Physical Abuse pursuant to Social

---



March 15, 2021

ATTN: Dr. Salami's discriminatory practices related to hiring of a specific race/gender from a Nursing Agency.

This petition is being generated to address the unfair and discriminative hiring practices within Bronx Care Hospital-1199 union/Fulton Division. 1199 Union started this petition on March 15, 2021 to see how many member agreed with this matter. It has been witnessed that Dr. Salami has been hiring only one race/gender for numerous years. This matter needs to be addressed immediately as per members.

520-2022-01887

March 15, 2021

ATTN: Dr. Salami's discriminatory practices related to hiring of a
specific race/gender from a Nursing Agency.

This petition is being generated to address the unfair and discriminative
hiring practices within Bronx Care Hospital-1199 union/Fulton Division.
1199 Union started this petition on March 15, 2021 to see how many
member agreed with this matter . It has been witnessed that Dr. Salami
has been hiring only one race/gender for numerous years. This matter
needs to be addressed immediately as per members.



# RECORD OF CONFERENCE

**Name:** LEE, Daniel

**Department:** PCS

**Position:** PCT

**Division:** Fulton

**Date of Incident:** 8/22/2021  **Time of Incident:** About 11.50 am

**Action to be taken:** ☐ Verbal/Counseling   Written Warning   ☐ Final Written   Suspension ____ Days   X Dismissal

**Last Disciplinary Action Taken:**   Verbal/Counseling   X Written Warning   ☐ Final Written   ☐ Suspension ____ Days   ☐ Dismissal

**CHARGE:**

X Misconduct

☐ Incompetence

## SPECIFICATION

### FACTS:

Description of unsatisfactory performance/misconduct: Explain as specifically as possible. Be sure to include date, time, place, persons involved, and any other pertinent information. Attach copies of any related documents. **(PRINT CLEARLY OR TYPE)**

**Facts of the Incident:** On 8/22/21, at around 11.50 am in the child and adolescent unit, a child made an allegation of physical abuse which was investigated.

During the course of investigation, it was clearly established that:

1. Mr. Lee failed to provide services necessary to avoid physical harm and mental anguish to a minor. Mr. Lee chased the minor to the point that both of them were on the floor as witnessed. The patient was even treated for the pain he felt on his elbow with medication and patient repeatedly claimed that Mr. Lee held him on his neck. Mr. Lee stated to the investigator from Risk Management that he only made light contact with the patient's stomach and denied grabbing patient on his neck. Video recording, however, showed that Mr. Lee grabbed the patient around his neck/shoulder. Mr. Lee's behavior was intimidating and reckless to a vulnerable patient. This is a gross negligence on his part and contravened Policy: PCS-Admin-A-007.

2. Mr. Lee's assignment from 11:30am to 12:30 pm is to monitor another patient on 1:1 visual constant observation. Patients on 1 to 1 visual constant observation are kept within continuous visual range within 15 feet at all times. Video recording showed from the time Mr. Lee entered the dining room at 11:40:07 he engaged in different activities and was not watching the patient on 1:1 visual constant observation. Video recording showed Mr. Lee had the time to play cards with another staff during which he supposed to keep eyes on patient on 1 to 1. At a point, Mr. Lee was seen entering the pantry and left the patient on 1:1 unattended. Mr. Lee's initial and signature were reflected on the constant observation checklist attesting he performed 1:1 observation but the video recording revealed he did not execute such duty. By this, it is considered a breach in the policy HR 355C, category A, item B, E identifying the act of falsification of documentation.

3. Mr. Lee's duty was to maintain a continuous unobstructed visual observation of the patient who was on 1:1 at all times. Instead Mr. Lee engaged with another patient (T.J.) who was displaying an unacceptable behavior. There was no escalation of the patient's behavior to the RNs until the commotion was responded to by the security officer on the unit and the RN from the adolescent side.

4. A notice to provider of Investigation Determination was received from Justice Center on 11/11/2021 on the report of Abuse and Neglect on T.J. (Service Recipient)
VPCR Case Serial Number: 5510125911
Incident Number: 101-22474034125
Incident Reported Date: August 22, 2021
External reference number: 6675337

- Allegation 1: Mr. Daniel Lee, a custodian, committed Deliberate Inappropriate Restraint against/to a Service Recipient. This allegation has been SUBSTANTIATED as Category 3 Deliberate Inappropriate Restraint pursuant to Social Services Law 493(4)(c). The investigation revealed the subject (Mr. Lee) restrained the Service Recipient with excessive force and/or improper technique.
- Allegation 2: Mr. Daniel Lee committed Physical Abuse against /to a Service Recipient. This allegation has been SUBSTANTIATED as Category 3 Physical Abuse pursuant to Social Services Law 493(4)(c). The investigation revealed the subject shoved the service recipient.
- Allegation 3: Mr. Daniel Lee committed Neglect against/to a Service Recipient. This allegation has been SUBSTANTIATED as Category 3 Neglect pursuant to Social Services Law 493(4)(c). The investigation revealed the subject failed to provide supervision to and/or failed to properly de-escalate the service recipient.
- Category 3 offenses include abuse and neglect that endangers the health, safety, or welfare of a service recipient.

result of these, your appointment with BronxCare Health services is terminated with immediate

Witnesses:

Employee Comments (attach additional pages if necessary): _____

Corrective Action (objectives and solution to resolve the problem):

Gafaar Salami PCM

Supervisor Name (Print)          Supervisor Signature          11/12/21
                                                                Date

I acknowledge that I have read and have received a copy of this record of conference.

EMPLOYEE DECIDED NOT TO SIGN          11/12/21
Employee Name (Print)     Employee Signature          Date

Wilma J Mitchell    Wmutchell          11/12/2021
Union Delegate (Print)     Delegate Signature          Date

---

If either the employee or union delegate refuse to sign this form indicating their acknowledging receipt thereof, the supervisor/manager must complete the following:

| Date 11/12/21 | I personally served a copy of this Record of Conference on | | |
|---|---|---|---|
| Employee's Name LEE DANIEL | and | Union Delegate's Name WILMA MITCHELL | |
| He/She (they) received a copy but refused to sign and acknowledge same | | Supervisor's/Manager's Name GAFAAR SALAMI | Date 11/12/2 |
| Witness - Print Name AUDYE Abraham | | Witness - Sign | Date 11/12/21 |

Copy to:     ☐ HUMAN RESOURCES     ☐ DEPARTMENT     ☐ EMPLOYEE

ACTION TAKEN BY THE PERSONNEL DEPARTMENT:

☐ File (No Further Action at This Time)

☐ Letter to Representative for Union Employee Sent On ___/___/___ to _____

Other _____

_____

ature _____
                                                                Date ___/___

| 09/23/2021 | • PRS Timmons insinuated that he never had any difficulty breathing. |
| | • Described push as follows: Two hands out contacting stomach, then grabbed him by the neck, describing both hands near and around his neck. Pushed him into cabinet, fell onto the floor. |
| | • Staff present was trying to pull subject off. |
| | • PRS Recalls RN Baily coming into room to assist with security officer. |
| | • PRS Stated that his left arm was, hurt due to hitting the floor, staff gave him Tylenol and an ice pack. |
| | Justice Center investigator Steven Orski conducted a web interview with Registered Nurse (RN), David Baily. RN Baily is employed by BronxCare Health systems, 1276 Fulton Avenue Bronx NY. RN Baily has been a Registered Nurse since 2013, assigned to the 5th Floor, Child Adolescent psychiatric ward. |
| | • RN Baily is being interviewed as witness to allegation. |
| | • RN Bailey was directed to allegation under current investigation involving PRS Timmons on August 22, 2021. |
| | • RN Baily recalled PRS Timmons observed and heard a commotion, he approached area of concern and observed PRS Timmons being verbally and physically aggressive towards staff. Himself along with other staff verbally redirected PRS Timmons and escorted him back the unit. |
| | • PRS Timmons disclosed that staff (Daniel Lee, subject) placed his hand around his neck and was complaining of pain to his left arm. |
| | • RN Baily did not observe abuse, stating that he was not present from the onset. It was RN Baily understanding that incident started earlier between PRS Timmons and peer PRS Roberts. |
| | • RN Baily was present during follow-up medical assessment to address complaint of pain. (Attachment, Medical Evaluation Nursing note). RN Baily noted left elbow pain, pain scale 3 out of 10. No bruising observed, cold compress and 325 mg Tylenol administered. |
| 3/2021 | • RN Baily stated that PRS Timmons stated that he was unsure how he received injury to his elbow. PR Timmons was more concerned and kept repeating that staff had grabbed him by the neck and choked him. RN Baily stated that PRS neck was assessed, no marks were observed. PRS Timmons did not indicate that |