UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL LEE,<br><br>      Plaintiff,<br><br>-against-<br><br>BRONX CARE HOSPITAL; 1199 (UNION),<br><br>      Defendants. | 23-CV-4069 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Plaintiff, who is proceeding *pro se,* has filed a letter requesting an extension of time to file his amended complaint. The Court grants Plaintiff's request. The amended complaint in this action is due by November 17, 2023.

SO ORDERED.

Dated: October 3, 2023
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge