UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DANIEL LEE,

                             Plaintiff,                      23-CV-4069 (DEH) (VF)

             -against-                                     **ORDER**

BRONX CARE HOSPITAL et al.,

                             Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      On April 21, 2025, Plaintiff indicated that he requested video footage from Defendants from August 22, 2021 from 8:45 a.m. to 10:00 a.m. ECF No. 39. Plaintiff asked the Court to compel the production of the video footage. Id. Plaintiff claims that he was unlawfully terminated, but as discussed at the May 6, 2025 telephone conference, Defendants relied only on the video footage from August 22, 2021 from 11:40 a.m. to 12:00 p.m. in reaching their decision to terminate Plaintiff. The third party who conducted an investigation also only relied on video footage from that time period on August 22, 2021. The video footage from any other period in the day is not relevant to Plaintiff's claim. Plaintiff's request is therefore **DENIED**.

      The Court hereby orders the following schedule: the parties are directed to complete discovery by **Friday, May 23, 2025**; the opening briefs for summary judgment are due **Monday, September 8, 2025**; opposition briefs are due **Monday, November 10, 2025**; and replies, if any, are due **Friday, November 21, 2025**.

      **SO ORDERED.**

DATED:     New York, New York
              May 6, 2025

                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge