**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DANIEL LEE,

                    Plaintiff,        **23-CV-4069 (DEH) (VF)**

       -against-                             **ORDER**

BRONX CARE HOSPITAL et al.,

                    Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Discovery was set to close on May 23, 2025. The parties are directed to file a joint status update by **June 16, 2025** indicating whether discovery has been completed.

      **SO ORDERED.**

DATED:    New York, New York
               June 2, 2025

                                                   VALERIE FIGUEREDO
                                                   United States Magistrate Judge