**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DANIEL LEE,

                         Plaintiff,                **23-CV-4069 (DEH) (VF)**

           -against-                                **ORDER**

BRONX CARE HOSPITAL et al.,

                         Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The parties were directed to file a joint status update by July 1, 2025. ECF No. 46. That date has passed, and the parties have not filed anything. The parties are directed to file a joint status update by **July 22, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
                July 15, 2025

                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge