**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DANIEL LEE,

                     Plaintiff,                **23-CV-4069 (DEH) (VF)**

          -against-                           **ORDER**

BRONX CARE HOSPITAL et al.,

                     Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

    At the conference on July 28, 2025, the parties indicated that discovery is complete and asked for a briefing schedule for summary judgment. Defendants are directed to file their motion for summary judgment by **October 3, 2025**; Plaintiff is directed to file his opposition by **January 5, 2026**; and Defendants are directed to file their reply, if any, by **February 5, 2026**.

    **SO ORDERED.**

DATED:    New York, New York
               July 28, 2025

                                                VALERIE FIGUEREDO
                                                United States Magistrate Judge