**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DANIEL LEE,

                               Plaintiff,

                -against-

BRONX CARE HOSPITAL et al.,

                             Defendant.
-----------------------------------------------------------------X

                         **23-CV-4069 (DEH) (VF)**

                             <u>**ORDER**</u>

**VALERIE FIGUEREDO, United States Magistrate Judge**

       The Court is in receipt of Plaintiff's letters filed on October 8, 2025 and October 11, 2025 (see ECF Nos. 59-60), where Plaintiff asks that his case be heard by a jury. On October 3, 2025, Defendants filed a motion for summary judgment. The motion for summary judgment, which a defendant in a civil case is entitled to file, effectively asks the Court to decide the case without a trial based on the written materials that Defendants submitted in support of their motion. Plaintiff is hereby directed to respond to the motion for summary judgment by filing an opposition that responds to the arguments made by Defendants in their memorandum of law. As ordered on July 28, 2025 (ECF No. 52), Plaintiff's opposition is due by **<u>January 5, 2026</u>**. Plaintiff is urged to contact the Court's pro se legal clinic which may be able to assist Plaintiff with preparing his response to the motion. Information concerning how to contact the clinic is attached to this order. If the Court denies the motion for summary judgment, then Plaintiff will be entitled to a jury trial on his claims.

       **SO ORDERED.**

DATED:     New York, New York
             October 16, 2025

                                       _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.