**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DANIEL LEE,

                  Plaintiff,                 **23-CV-4069 (DEH) (VF)**

        -against-                         **ORDER**

BRONX CARE HOSPITAL et al.,

                  Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

The Court is in receipt of pro se Plaintiff's filings at ECF Nos. 63, 66, 67, 68, and 73, as well as his motion to strike at ECF No. 70. The Court will read these papers and identify the strongest arguments they raise, as the Court is required to do.

The Clerk of the Court is respectfully directed to send this order to pro se Plaintiff.

**SO ORDERED.**

DATED:     New York, New York
            January 27, 2026

                                                _____
                                           VALERIE FIGUEREDO
                                           United States Magistrate Judge