To: Pro Se intake Department.

To: Honorable Valerie Figueredo

Daniel Lee, case number 23-cv-04069.

I, Daniel Lee, would like to withdraw the motion to strike because it will weaken my case. I  did a little investigation on my behalf. Everything I said is true. I didn't understand at the moment about  the motion to strike. But now I do. Number 70 is very important to my case. My case is very important to me. I want to withdraw my motion to strike. That was a big mistake on my part, I'm only human. I'm very sorry for the inconvenience that I've caused you , your Honorable  Judge

Valerie Figueredo. Please withdraw the motion to strike. Thank you very much.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: February 6, 2026

Plaintiff's request is GRANTED. The Clerk of the Court is respectfully directed send this order to pro se Plaintiff and to close the motions at ECF Nos. 70 and 78.