**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

DANIEL LEE,

Plaintiff,

-against-

23 **CIVIL** 4069 (DEH)

# JUDGMENT

BRONXCARE HEALTH SYSTEM and GAFAAR SALAMI,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 30, 2026, Defendants' Motion for Summary Judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

August 3, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**