UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Daniel Lee,<br>Plaintiff,<br>v.<br>Bronxcare Health System and Gafaar Salami,<br>Defendants. | 23-CV-4069 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Before the Court are two letters from Plaintiff: an October 28, 2026 Letter, ECF No. 95; and an October 29, 2026 Letter, ECF No. 96. The Court construes Plaintiffs' letters as a successive motion for reconsideration of the Court's decision granting summary judgment to Defendants and, for the reasons set forth below, the motion is **DENIED**.

On July 30, 2026, this Court granted summary judgment to Defendants and this case was subsequently closed. *See* Op. & Order, ECF No. 88 ("the Summary Judgment Opinion"); Clerk's Judgment, ECF No. 89. Plaintiff then filed a Motion for Reconsideration, which the Court denied on October 1, 2026. *See* Mem. Op. & Order, ECF No. 94. On October 28, 2026, Plaintiff filed a letter informing the Court he was "trying . . . to send . . . evidence" to the Court. ECF No. 95. He next filed a letter on October 29, 2026, accompanied by exhibits, asking the Court to "consider in their entirety" the evidence and circumstances of this case. ECF No. 96, at 1.

Plaintiff appears to request for a second time that the Court reconsider the Summary Judgment Opinion. Plaintiff's letter does not meet the standard for reconsideration. "A motion for reconsideration is an extraordinary request that is granted only in rare circumstances, such as where the court failed to consider evidence or binding authority." *Van Buskirk v. United Grp. of Cos., Inc.*, 935 F.3d 49, 54 (2d Cir. 2019); *see also* Mem. Op. & Order at 1-2, ECF No. 94

(explaining this standard). Additionally, a Plaintiff is only "entitled to a *single* motion for reconsideration." *Sussman Sales Co. v. VWR International, LLC*, No. 20 Civ. 2869, 2025 WL1004729, at *4 (S.D.N.Y. Apr. 1, 2025) (emphasis added). The Court will not consider further motions for reconsideration of the Summary Judgment Opinion.

If Plaintiff seeks to appeal the Court's decision to the United States Court of Appeals, he may attempt to do so in accordance with instructions available here: https://ww3.ca2.uscourts.gov/clerk/case_filing/appealing_a_case/pdf/How_to_Appeal_a_Civil_Case_rev_07-17.pdf.

SO ORDERED.

Dated: October 30, 2026
New York, New York

DALE E. HO
United States District Judge