UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Daniel Lee,

Plaintiff,

v.

Bronxcare Health System and Gafaar Salami,

Defendants.

23-CV-4069 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of a Letter from Plaintiff dated October 16, 2026, but docketed only on November 4, 2026. *See* ECF No. 98. The Letter requests that "all the evidence, the investigation findings, and the circumstances surrounding my termination be considered in their entirety." *Id.* at 1. The Letter appears to have been sent before the Court's October 30, 2026 Order, which rejected a similar request for reconsideration of the Court's decisions granting summary judgment to Defendants and denying reconsideration of the summary judgment ruling. *See* Order, ECF No. 97. For the same reasons given in the October 30, 2026 Order, the Court construes Plaintiff's Letter as a successive motion for reconsideration and the motion is **DENIED**. As the Court explained in the October 30, 2026 Order, the Court will not consider further motions for reconsideration. *See id.* at 2.

SO ORDERED.

Dated: November 10, 2026
New York, New York

DALE E. HO
United States District Judge